**No. 41627.**—Protest 946053–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. On the record presented it appeared that more than one package of every ten packages of merchandise was designated by the collector to be opened and examined for appraisement. The protest was therefore overruled. *United States* v. *Davis* (20 C. C. P. A. 305, T. D. 46087), *Freeman* v. *United States* (T. D. 48683), and *Sprague* v. *United States* (T. D. 49193) cited.

BEFORE THE SECOND DIVISION, JUNE 13, 1939

**No. 41628.**—Protests 991124, etc., of C. Bloom, Inc. (New York).

Opinion by TILSON, J. The record established that certain of the merchandise consists of Normandy laces similar to those involved in *United States* v. *Amrein Freudenberg* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41629.**—Protests 10249–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel Normandy lace articles, embroidered cushions, sachets, doilies, and net handkerchiefs were held dutiable at 75 percent under paragraph 1430 as claimed. *United States* v. *Amrein Freudenberg* (26 C. C. P. A. 353, C. A. D. 40), *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), and *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) followed.

**No. 41630.**—Protests 952711–G, etc., of Mexican American Hat Co. (St. Louis).

Opinion by TILSON, J. It was agreed that the hats in question were valued at less than $3 per dozen. It was established that they are known as harvest hats. The claims at 12½ percent ad valorem under paragraph 1504 (b) (5) and T. D. 48075 were therefore sustained.

**No. 41631.**—Protests 932738–G, etc., of Greenberg & Josefsberg (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is stationery sets. On the authority of Abstract 39013 the containers were held dutiable at the same rate as their contents as claimed.

**No. 41632.**—Protests 949703–G, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.